```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Mullany,

                           Plaintiffs,

        -against-

Hop Energy, LLC,

                           Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-07318-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

CHANGE IN DIAL IN INFORMATION ONLY. PLEASE NOTE NEW DIAL IN INFORMATION. THIS REPLACES THE INFORMATION PROVIDED IN 21cv10406 at D.E. #104.

A Status Conference (via telephone) is hereby scheduled **March 6, 2024 at 11:30 AM.** The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID **115 800 026 2** and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge