**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN MELVILLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOP ENERGY, LLC,<br><br>Defendant. | Civil Case No.: 21 Civ. 10406 (KMK) (VR) |
| MICHELLE MULLANEY and ROBERT MULLANEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOP ENERGY, LLC,<br><br>Defendant. | Civil Case No.: 23 Civ. 7318 (KMK) (VR) |

## **DECLARATION OF MATTHEW T. MCLAUGHLIN**

I, Matthew T. McLaughlin, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.      I am a partner with the law firm of Nixon Peabody LLP. I respectfully submit this declaration in support of Defendant HOP Energy, LLC's ("HOP") Opposition to Plaintiffs' Objections to Judge Reznik's September 18, 2024 Order. I am familiar with the facts and circumstances stated herein based on my personal knowledge.

1

2.	Attached as Exhibit A hereto is a true and correct copy of the October 16, 2024 Order issued in the case, *Callery v. HOP Energy, LLC*, No. 20-Civ.-3652 (E.D.P.A.) ("Callery").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2024

_____

Matthew T. McLaughlin

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2024, a copy of the foregoing was served via electronic mail to counsel of record for Plaintiff.

      */s/ Matthew T. McLaughlin*
      Matthew T. McLaughlin

4889-6520-3952.1