UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MULLANEY, et al.

                Petitioner,

    v.

HOP ENERGY, LLC,

                Respondents.

No. 23-cv-07318 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

    The hearing on Petitioner's Objections to Judge Reznik's September 18, 2024 Order, (Dkt. No. 164) will be on November 8, 2024, at 10 a.m. in Courtroom 521 at 300 Quarropas Street, White Plains, New York, 10601.

SO ORDERED.

DATED:    October 23, 2024
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE